

**U.S. Department of Justice**

*United States Attorney*
*District of New Jersey*

*970 Broad Street, 7ʰ floor*          *973-297-2074*
*Newark, New Jersey 07102*

November 5, 2024

**VIA ECF**

Hon. Michael E. Farbiarz
United States District Judge
District of New Jersey
Frank Lautenberg Post Office
      & U.S.Courthouse
Newark, New Jersey 07102

Re:    United States v. Raheel Naviwala, No. 24-cr-99 (MEF)

Dear Judge Farbiarz:

During a telephonic conference earlier today, the Court asked the Government to submit a letter giving a firm sense of the length of Government's case. The Government expects that it will be able to put on its case-in-chief in ten trial days. This does not include the time defendant will spend on cross-examination and assumes that the parties will agree to routine stipulations regarding the admission of business records and the like.

Respectfully submitted,
VIKAS KHANNA
Attorney for the United States,
Acting Under Authority Conferred
By 28 U.S.C. § 515

*s/ Aaron L. Webman*
_____

By:    Elaine K. Lou
        Angelica M. Sinopole
        Aaron L. Webman
        Assistant U.S. Attorneys