

**U.S. Department of Justice**

*United States Attorney*
*District of New Jersey*

---

*970 Broad Street, 7th floor*                                        *973-297-2074*
*Newark, New Jersey 07102*

November 5, 2024

**VIA ECF**

Hon. Michael E. Farbiarz
United States District Judge
District of New Jersey
Frank Lautenberg Post Office
      & U.S.Courthouse
Newark, New Jersey 07102

Re:    United States v. Raheel Naviwala, No. 24-cr-99 (MEF)

Dear Judge Farbiarz:

During a telephonic conference today, the Court asked the Government and defendant to submit letters advising the Court of any immovable scheduling conflicts during 2025. The Government advises the Court that the attorneys on the case have no such conflicts.

Respectfully submitted,
VIKAS KHANNA
Attorney for the United States,
Acting Under Authority Conferred
By 28 U.S.C. § 515

*s/ Aaron L. Webman*
           _____

By:   Elaine K. Lou
       Angelica M. Sinopole
       Aaron L. Webman
       Assistant U.S. Attorneys