# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA, | Hon. Michael E. Farbiarz |
| v. | Criminal No. 24-99 |
| RAHEEL NAVIWALA, | |
| Defendant. | |

### NOTICE OF RAHEEL NAVIWALA'S
### MOTION TO DISMISS THE SUPERSEDING INDICTMENT

**PLEASE TAKE NOTICE** that Defendant, Raheel Naviwala, through his undersigned counsel, is moving the United States District Court for the District of New Jersey for an order dismissing Counts One through Ten of the Superseding Indictment under Rule 12(b) and because the charges violate due process.

**PLEASE TAKE FURTHER NOTICE** that in support of this motion, Mr. Naviwala relies on the memorandum in support of his motion and the exhibits submitted therewith, and also relies on the memorandum in support of his original pretrial motions and the exhibits submitted therewith, filed on October 4, 2024 at ECF No. 49 in the above captioned matter.

**PLEASE TAKE FURTHER NOTICE** that a proposed order is being filed herewith.

**PLEASE TAKE FURTHER NOTICE** that oral argument is requested in the event the

government opposes Mr. Naviwala's requested relief.

Dated: January 14, 2025

                                            Respectfully submitted,

                                            FORD O'BRIEN LANDY LLP

                                            */s/ Jamie Hoxie Solano*
                                            Jamie H. Solano
                                            Ifedapo Benjamin
                                            Bryan McCracken
                                            275 Madison Avenue, 24th Floor
                                            New York, NY 10016
                                            T: (212) 858-0040
                                            jsolano@fordobrien.com
                                            ibenjamin@fordobrien.com
                                            bmccracken@fordobrien.com

                                            *Counsel for Defendant Raheel Naviwala*