

**U.S. Department of Justice**

*United States Attorney*
*District of New Jersey*

_____

*Elaine K. Lou*                          *970 Broad Street, 7ʰ floor*          *973-645-2747*
*Assistant United States AttorneyAs*     *Newark, New Jersey 07102*

January 22, 2025

**VIA ECF AND E-MAIL**
Hon. Michael E. Farbiarz
United States District Judge
District of New Jersey
Frank Lautenberg Post Office
        & U.S.Courthouse
Newark, New Jersey 07102

        Re:    United States v. Raheel Naviwala, No. 24-cr-99 (MEF)

Dear Judge Farbiarz:

        The Government does not believe defendant Raheel Naviwala's January 22, 2025 letter, ECF No. 89, warrants a response from the Prosecution Team other than to correct a factual misstatement.

        The defendant complains of late Rule 16 discovery without acknowledging that the report of the August 8, 2024 interview, produced on October 29, 2024, and the report of the December 18, 2024 interview, produced on December 20, 2024, were both early Jencks disclosures, which were not required to be produced until yesterday under the Court's Amended Scheduling Order, ECF No. 35 at 4 ¶ 6. Further, as stated in the Government's January 13, 2025 letter, ECF No. 81, detailed cover letters accompanied those disclosures.

                                Respectfully submitted,

                                VIKAS KHANNA
                                Acting United States Attorney


                        By:    Elaine K. Lou
                                Matthew Specht
                                Aaron L. Webman
                                Assistant U.S. Attorneys

cc:    Counsel for Defendant Raheel Naviwala
        AUSA Matthew Stark, Filter Team