

**U.S. Department of Justice**

*United States Attorney*
*District of New Jersey*

*970 Broad Street, 7th floor*                    *973-645-2700*
*Newark, New Jersey 07102*

January 25, 2025

<u>**VIA ECF AND E-MAIL**</u>
Hon. Michael E. Farbiarz
United States District Judge
District of New Jersey
Frank Lautenberg Post Office
     & U.S. Courthouse
Newark, New Jersey 07102

     Re:    *United States v. Raheel Naviwala,* No. 24-cr-99 (MEF)

Dear Judge Farbiarz:

     The Government writes to correct two misstatements it made during yesterday's hearing. First, when the Court asked if there was any evidence that the Government received that was derivative of the potentially privileged material, the Government inadvertently omitted the fact that it had asked a cooperating witness whether the Defendant or his business partner had disclosed any legal opinion they received to the cooperating witness and that the witness (a third party, not affiliated with the Defendant's comapny) described legal advice that the Defendant had shared with him. Second, the Government represented that one of the video scrolls had been withheld by the Filter AUSA because it contained the text exchange (the screen grab referred to on the record as "0844") that had been identified as potentially privileged. That was incorrect. The Filter AUSA has informed the Prosecution Team that the 0844 exchange was not in any of the video scrolls received from Mr. Memon's counsel and that no video scrolls had been withheldok. Mr. Memon's counsel produced the 0844 exchange to the Filter AUSA only as a single-page screen capture.

                                      Respectfully submitted,

                                      VIKAS KHANNA
                                      Acting United States Attorney

                                      *s/ Aaron L. Webman*
By:    Aaron L. Webman
                                      Assistant U.S. Attorney

cc:    Counsel of Record