

January 26, 2025

**<u>FILED VIA ECF</u>**
The Honorable Michael E. Farbiarz
United States District Judge
U.S. District Court for the District of New Jersey
Frank Lautenberg Post Office & U.S. Courthouse
2 Federal Square
Newark, New Jersey 07102

  Re: <u>United States v. Raheel Naviwala, Case No. 24-99</u>

Dear Judge Farbiarz:

  We submit this letter on behalf of defendant, Raheel Naviwala ("Mr. Naviwala"), regarding disqualification and privilege. As we previously explained to the Court, in the past month we first learned that the government was discussing with, and obtaining from, cooperating witnesses legal advice that our client received from lawyers. We tried but received very little information from the government regarding their reasoning about how or why this was appropriate. We are also preparing for a significant trial that is starting in a week.

  Following the Court's order on Friday, we have taken considerable effort and diverted resources to address these issues. After much discussion, research, and effort, the defense is withdrawing its motion for disqualification and is not asserting privilege or protections over the communications involving Mr. Memon and Mr. Naviwala.

       Respectfully submitted,

       FORD O'BRIEN LANDY LLP

       */s/ Jamie H. Solano*
       Jamie H. Solano
       Ifedapo E. Benjamin
       Bryan M. McCracken
       275 Madison Avenue, 24th Floor
       New York, NY 10016
       (212) 858-0040

       *Counsel for Raheel Naviwala*