

**U.S. Department of Justice**

*United States Attorney*
*District of New Jersey*

---

*970 Broad Street, 7ᵗʰ floor*                    973-645-2700
*Newark, New Jersey 07102*

January 27, 2025

**VIA ECF AND E-MAIL**
Hon. Michael E. Farbiarz
United States District Judge
District of New Jersey
Frank Lautenberg Post Office
      & U.S. Courthouse
Newark, New Jersey 07102

      Re:    *United States v. Raheel Naviwala*, Crim. No. 24-99 (MEF)

Dear Judge Farbiarz:

      The Government writes to advise the Court and defendant Raheel Naviwala that it will proceed to trial on the Superseding Indictment returned on January 3, 2025, *see* ECF No. 73, and not on the Indictment filed on February 16, 2024, *see* ECF No. 22; the Government also seeks leave of Court to move to dismiss Counts Five and Six of the Superseding Indictment without prejudice.

                    Respectfully submitted,

                    VIKAS KHANNA
                    Acting United States Attorney

By:    Elaine K. Lou
        Matthew Specht
        Aaron L. Webman
        Assistant U.S. Attorneys

cc:    Counsel of Record