

**U.S. Department of Justice**

*United States Attorney*
*District of New Jersey*

---

*970 Broad Street, 7ᵗʰ floor*                     *973-645-2700*
*Newark, New Jersey 07102*

January 31, 2025

**VIA ECF AND E-MAIL**

Hon. Michael E. Farbiarz
United States District Judge
District of New Jersey
Frank Lautenberg Post Office & U.S. Courthouse
Newark, New Jersey 07102

      Re:    *United States v. Raheel Naviwala,* Crim. No. 24-99 (MEF)

Dear Judge Farbiarz:

      In light of the Court's Order dated January 31, 2025, ECF No. 118, the Government writes to inform the Court and defendant Raheel Naviwala that the Government, with leave of the Court, will move to dismiss Counts Five and Six of the Superseding Indictment with prejudice.

                      Respectfully submitted,

                      VIKAS KHANNA
                      Acting United States Attorney

By:    Elaine K. Lou
        Matthew Specht
        Aaron L. Webman
        Assistant U.S. Attorneys

cc:    Counsel of Record