UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Hon. Michael E. Farbiarz, U.S.D.J. |
| v. | : | Crim. No. 24-99 |
| RAHEEL NAVIWALA | : | **<u>ORDER FOR DISMISSAL</u>** |

Pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure and by leave of Court endorsed hereon, Vikas Khanna, Acting United States Attorney for the District of New Jersey (by Elaine K. Lou, Matthew Specht, and Aaron L. Webman, Assistant United States Attorneys, appearing), hereby dismisses Counts Five and Six of the Superseding Indictment, Crim. No. 24-99, which was filed on January 3, 2025, against defendant RAHEEL NAVIWALA, each count charging the defendant with wire fraud, in violation of Title 18, United States Code, Section 1343, because further prosecution of these charges is not in the interests of the United States at this time.

This dismissal is with prejudice.

VIKAS KHANNA
Acting United States Attorney

Leave of Court is granted for the filing of the foregoing dismissal.

HONORABLE MICHAEL E. FARBIARZ
United States District Judge

Dated:  February <u>14</u>, 2025