## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | | No. 2:24-CR-00099 |
| v. | | (Chief Judge Brann)[*] |
| RAHEEL NAVIWALA, | | |
| Defendant. | | |

## ORDER

### JANUARY 9, 2026

The Association of Criminal Defense Lawyers of New Jersey ("ACDL-NJ") has requested leave to appear as *amicus curiae* in this matter.[1] As ACDL-NJ notes, I previously approved its participation as *amicus* in the *Giraud* and *Pina* matters, and it was similarly permitted to participate in the appellate proceedings in those consolidated cases.[2] I find that the organization's continued participation is appropriate and will assist the Court in the proper resolution of this case.[3] Accordingly, **IT IS HEREBY ORDERED** that:

1.      ACDL-NJ's request for leave to participate as *amicus curiae* is **GRANTED**;

---

[*]      The Honorable Matthew W. Brann, Chief United States District Judge for the Middle District of Pennsylvania, sitting by designation.

[1]      Doc. 286.

[2]      *Id.*

[3]      *See Kyocera Doc. Sols. Am., Inc. v. Div. of Admin.*, 708 F. Supp. 3d 531, 542 n.16 (D.N.J. 2023).

2.    ACDL-NJ may submit a non-duplicative *amicus* brief of no more than **FIFTEEN** pages to be filed contemporaneously with the Defendants' reply brief;

3.    Any other proposed *amicus* brief in support of either party may be no more than **FIFTEEN** pages including argument in support of *amicus* participation, and must be submitted by the same deadline;

4.    Either party may oppose *amicus* participation or reply to *amicus* arguments in a brief of no more than **FIFTEEN** pages by no later than **5:00 p.m.** three business days after the submission of *amicus* briefs.

BY THE COURT:

*s/ Matthew W. Brann*
Matthew W. Brann
Chief United States District Judge for
the Middle District of Pennsylvania
Specially Presiding