# IN THE UNITED STATES DISTRICT COURT
# FOR DISTRICT OF NEW JERSEY

**Minute Sheet for Proceeding Held before the
Honorable Matthew W. Brann, specially presiding**

| | |
|---:|---|
| **Nos.** | 2:24-CR-0099; 2:24-CR-0378 |
| **Cases** | *United States v. Naviwala*; *United States v. Torres* |
| **Date** | January 9, 2026 |
| **Time** | 12:45 – 1:00 p.m. |
| **Re:** | Telephone Status Conference |
| **Prosecution Counsel:** | Mark Coyne, AUSA |
| **Defense Counsel:** | Douglas Passon, Esq.; Rahul Agarwal, Esq.; Jason LeBeouf, Esq |

Court held status and scheduling conference. Parties agreed to date for oral argument and procedure for amicus participation. Orders to follow.

*Janel R. Rhinehart*
Janel R. Rhinehart, Deputy Clerk