**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | | No. 2:24-CR-00099 |
| v. | | (Chief Judge Brann)[*] |
| RAHEEL NAVIWALA, | | |
| Defendant. | | |

## ORDER

**MARCH 23, 2026**

Today, the Judges of the United States District Court for the District of New Jersey appointed Robert Frazer as United States Attorney for the District of New Jersey.[1] This appointment would appear to resolve the leadership disqualification that I previously Ordered.[2]

Accordingly, **IT IS HEREBY ORDERED** that the parties shall confer and submit a joint status report by no later than **Friday, March 27, 2026**, regarding whether this case should be retransferred to Judge Farbiarz to proceed with sentencing.

BY THE COURT:


*s/ Matthew W. Brann*
Matthew W. Brann
Chief United States District Judge for
the Middle District of Pennsylvania
Specially Presiding

---

[*] The Honorable Matthew W. Brann, Chief United States District Judge for the Middle District of Pennsylvania, sitting by designation.

[1] *In re Appointment of United States Attorney for the District of New Jersey*, Order No. 2026-03 (D.N.J. Mar. 23, 2026) (citing 28 U.S.C. § 546(d)); *see* Doc. 319.

[2] Doc. 318.