Law Offices of Doug Passon PC
LAW LIKE YOU'VE NEVER SEEN

**10565 N. 114th St., SUITE 101**
**SCOTTSDALE, AZ 85259**

**DOUG PASSON**
**Attorney | Documentarian**

**480-448-0086**
**(Fax) 480-448-8948**
**(800) 846-3909**
**doug@dougpassonlaw.com**

October 23, 2026

Hon. Michael E. Farbiarz
United States District Judge
District of New Jersey
Frank R. Lautenberg Post Office
and U.S. Courthouse
Newark, New Jersey 07101

Re: *United States v. Naviwala*, No. 2:24-CR-99

Dear Judge Farbiarz:

Please find attached a courtesy copy of Mr. Naviwala's petition for panel rehearing and rehearing en banc filed on October 21, 2026.

Respectfully submitted,

Doug A. Passon
Attorney for Raheel Naviwala

cc: Counsel of Record (via ECF)